**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-490

INFOVISA, INC.,

    Plaintiff,

v.

HORIZON TRUST COMPANY,

    Defendant.

---

COMPLAINT AND DEMAND FOR JURY TRIAL

---

COMES NOW, the Plaintiff, INFOVISA, Inc., by and through its undersigned counsel, and for its Complaint against Horizon Trust Company, states and alleges as follows:

**PARTIES**

1. Plaintiff, INFOVISA, Inc. ("Infovisa"), is a Colorado corporation with its principal place of business in Cornelius, North Carolina.

2. Defendant, Horizon Trust Company ("Horizon"), is a New Mexico corporation with its principal place of business in Henderson, Nevada.

**JURISDICTION AND VENUE**

3. Infovisa incorporates the allegations of Paragraphs 1 through 2 above as if fully set forth herein.

4. Subject matter jurisdiction is proper in this case pursuant to 28 U.S.C. § 1332. The amount in controversy herein exceeds $75,000.00.

5.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

**FACTUAL BACKGROUND**

6.  Infovisa incorporates the allegations of Paragraphs 1 through 5 above as if fully set forth herein.

7.  Infovisa is a software company that specializes in helping trust accounting professionals.

8.  Horizon advertises itself as a custodian that offers IRA custodial services for clients looking to self-direct their Individual Retirement Accounts.

9.  On or about June 15, 2011, Infovisa and Horizon entered into a Software Usage and Application Services Agreement (the "Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit A and incorporated herein by this reference.

10. Pursuant to paragraph 2 of the Agreement, Infovisa and Horizon agreed to an initial term of five years "commencing with the first bill for monthly maintenance."

11. Infovisa sent Horizon the first bill for monthly maintenance on or about August 31, 2011.

12. Pursuant to paragraph 22 of the Agreement, Infovisa and Horizon agreed that the "Agreement shall automatically renew itself for additional successive five (5) year terms, unless at least one hundred eighty (180) days prior to the end of the original term or any renewal term, [Horizon] gives Infovisa, or Infovisa gives [Horizon], written notice of its intent to cancel this Agreement at the end of the then current term."

13. Pursuant to paragraph 32 of the Agreement, Infovisa and Horizon agreed that "[a]ll notices in connection with this Agreement shall be in writing and shall be sent, in person or by

first-class mail…Such notices shall be deemed given when actually delivered to the other party or, if sooner, three (3) days after mailing if mailed certified or registered mail, postage prepaid."

14. Pursuant to paragraph 4 the Agreement, Horizon agreed to pay or reimburse Infovisa for certain expenses, taxes, and servicing and maintenance fees on a recurring basis for the entire term of the Agreement, including any renewal terms.

15. At all times relevant, Infovisa diligently performed its duties pursuant to and in accordance with the Agreement.

16. Infovisa never received a written notice from Horizon declaring its intent to cancel the Agreement at the end of the initial five year term until on or about May 6, 2016.

17. By operation of paragraphs 22 and 32 of the Agreement, the Agreement automatically renewed for an additional five year term, extending through 2021.

18. Despite due demand by Infovisa, Horizon has not paid Infovisa any of the expenses, taxes, and fees set forth under the Agreement since July of 2016.

19. Horizon has informed Infovisa that it does not intend to honor any of its payment obligations, as set forth under the Agreement, for any future portions of the renewal term.

20. Horizon's minimum fees owed to Infovisa over the course of the five year renewal term substantially exceed $75,000.00.

**COUNT I—BREACH OF CONTRACT**

21. Infovisa incorporates the allegations of Paragraphs 1 through 20 above as if fully set forth herein.

22. Under the Agreement, Horizon promised to pay Infovisa certain expenses, taxes and fees throughout the initial five year term and any renewal terms.

3

23. Infovisa has performed all conditions precedent under the Agreement and satisfied all obligations contained in the Agreement. Infovisa remains ready, willing, and able to furnish its software products and all accompanying services to Horizon pursuant to the Agreement.

24. By failing to provide Infovisa with written notice of its intent to cancel the Agreement at least 180 days prior to the end of the initial five year term of the Agreement—the exclusive method for preventing automatic renewal according to paragraphs 22 and 32 of the Agreement—Horizon elected to renew the Agreement for an additional five year term.

25. The five year renewal term of the Agreement began on August 31, 2016, and will expire on August 31, 2021.

26. By failing to pay Infovisa any of the expenses, taxes, and fees required under the Agreement from July of 2016 until the present, Horizon has breached the Agreement.

27. By avowing that it will not pay Infovisa any of the expenses, taxes, and fees required under the Agreement for the remainder of the five year renewal term, Horizon has anticipatorily breached the Agreement, and has breached the implied covenant of good faith and fair dealing.

**PRAYER FOR RELIEF**

28. WHEREFORE, Infovisa respectfully requests an Order:

    a. Awarding Infovisa its actual damages in an amount to be proven at trial;

    b. Awarding Infovisa its costs and attorney's fees;

    c. Awarding pre-judgment interest, as allowed by law;

    d. Awarding Infovisa any and all further and other relief the Court deems fair and just.

29. Infovisa hereby demands trial by jury in Denver, Colorado.

WHEREFORE, Plaintiff Infovisa, Inc. prays for judgment in its favor, and against Defendant Horizon Trust Company, as herein described.

Dated this 24th day of February, 2017.

> Respectfully submitted,
>
> INFOVISA, INC., Plaintiff
>
> By: */s/ Justin J. Knight*
>   Justin J. Knight, #46987
>   PERRY, GUTHERY, HAASE &
>   GESSFORD, P.C., L.L.O.
>   233 South 13th Street, Suite 1400
>   Lincoln, Nebraska 68508
>   Telephone:   (402) 476-9200
>   Facsimile:   (402) 476-0094
>   jknight@perrylawfirm.com
>   *Attorney for Plaintiff*